JS-6

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  California Bar No. 149883
   Assistant United States Attorney
5  Chief, Asset Forfeiture Section
   JONATHAN GALATZAN
6  California Bar No. 190414
   Asset Forfeiture Section
7      Federal Courthouse, 14th Floor
       312 North Spring Street
8      Los Angeles, California 90012
       Telephone:  (213) 894-2727
9      Facsimile:  (213) 894-7177
       E-mail: Jonathan.Galatzan@usdoj.gov
10
   Attorneys for Plaintiff
11 United States of America

12

13              UNITED STATES DISTRICT COURT

14          FOR THE CENTRAL DISTRICT OF CALIFORNIA

15                    WESTERN DIVISION

16 UNITED STATES OF AMERICA,  )   NO.  CV 12-7100 GAF (AJWx)
                              )
17           Plaintiff,       )
                              )
18      v.                    )   **CONSENT JUDGMENT OF**
                              )   **FORFEITURE**
19 $20,972.00 IN U.S. CURRENCY,)
                              )
20           Defendant.       )
                              )
21 _____ )

22

23      Plaintiff and potential Claimant Joel Navarro Sandoval

24 ("Claimant") have made a stipulated request for the entry of this

25 Consent Judgment, resolving this action in its entirety.  The

26 defendant currency was seized from Claimant, and he asserts an

27 interest in the defendant currency, but has not filed a claim in

28 this case or answered the complaint.  However, Claimant would

have filed a claim and answer in this case absent this settlement. No other claims or answers were filed, and the time for filing claims and answers has expired. No other person is believed to have any claim to the defendant currency.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, **HEREBY ORDERS ADJUDGES AND DECREES:**

1. The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. No claims or answers have been filed to contest the forfeiture of the defendant currency, and the time for filing claims and answers has expired. This Court has jurisdiction over the parties to this judgment and the defendant currency. Any potential claimants to the defendant currency other than Claimant are deemed to have admitted the allegations of the complaint with respect to the defendant currency.

2. $6,982.00 of the defendant U.S. Currency, without interest, shall be returned to Claimant through his counsel. The United States Marshals Service shall return the defendant $6,982.00 to claimant not later than 45 days after (a) the court enters this Consent Judgment and (b) Claimant provides to the government the bank routing and personal identifiers needed to effect a wire transfer of the funds, whichever is later.

3. The government shall have judgment against the interests of Claimant (and any potential claimants) as to the remaining

1  $13,990.00 of the defendant U.S. currency, which asset is hereby
2  forfeited and condemned to the United States, and no other right,
3  title or interest shall exist therein.  The government shall
4  dispose of the forfeited asset according to law.
5       4.   Claimant has agreed to release the United States of
6  America, its agencies, agents, and officers, including employees
7  and agents of the Drug Enforcement Administration ("DEA"), as
8  well as all agents, officers, employees and representatives of
9  any state or local government or law enforcement agency involved
10 in the investigation or prosecution of this matter, from any and
11 all claims, actions or liabilities arising out of or related to
12 the seizure and retention of the defendant currency and/or the
13 commencement of this civil forfeiture action, including, without
14 limitation, any claim for attorneys' fees, costs or interest
15 which may be asserted on behalf of Claimant against the United
16 States, whether pursuant to 28 U.S.C. § 2465 or otherwise.
17      5.   The court finds that there was reasonable cause for the
18 seizure of the defendant currency and the institution of this
19 action as to the defendant currency.  This judgment constitutes a
20 certificate of reasonable cause pursuant to 28 U.S.C. § 2465 as
21 to the defendant currency.
22 ///
23 ///
24 ///

3

6. Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the defendant currency.

DATED: December 5, 2012

_____
THE HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE

Prepared by:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

 /s/ Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney
Asset Forfeiture Section

4